[No. 5792–1.   Division One.   July 24, 1978.]

*In the Matter of the Welfare of* SPAIN LYNETTE RAY.

Appeal from a judgment of the Superior Court for King County, No. J–78285, Donald M. Niles, J. Pro Tem. and

George H. Revelle, J., entered May 17 and July 14, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Roe, J.